11090561
9-14-10
5950.31
total

# ZDARSKY, SAWICKI & AGOSTINELLI LLP
### ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)

September 13, 2010

FILED SEP 14 2010 BANKRUPTCY COURT BUFFALO, NY

Clerk
United States Bankruptcy Court
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, New York 14202

**Re:   Samuel and Marsha Incardona**
**Case No. 05-93460K**

Ladies and Gentlemen:

Enclosed is my check no. 10134 for $5,820.71, payable to the Clerk, representing (a) check(s) which the creditor(s) did not negotiate within the 90 days specified on the check(s):

| Claim No. | Creditor | Amount |
|---|---|---|
| 8 | Cross Country Bank<br>P.O. Box 310731<br>Boca Raton, FL 3341 | $ 1,761.92 |
| 10 | Dr. Lee Routsi<br>c/o Security Credit Systems<br>1250 Niagara Street<br>Buffalo, NY 14213 | 28.60 |
| 11 | Dymacal, Inc.<br>3070 Lawson Blvd.<br>PO Box 9017<br>Oceanside, NY 11572 | 31.75 |
| 13 | Harris Methodist Anesthesia<br>5801 Curzon Avenue, #1E<br>Fort Worth, TX 76107 | 164.34 |
| 17 | Higgins & Associates, P.C. - Park<br>2630 West Freeway #132<br>Fort Worth, TX 76102 | 476.60 |
| 20 | Medical Clinic of N. Texas<br>9003 Airport Frwy<br>Suite 300<br>N. Richland Hill, TX 76180 | 84.47 |

# ZDARSKY, SAWICKI & AGOSTINELLI LLP

Clerk  
United States Bankruptcy Court  
September 13, 2010

| | | |
|---|---|---:|
| 21 | N. Texas Affiliated Medical<br>PO Box 11449<br>Fort Worth, TX 76110 | 17.75 |
| 25 | SBC-S<br>c/o Risk Management Alternatives<br>1330 Broadway<br>Suite 310<br>Oakland, CA 94612 | 9.25 |
| 29 | Texas Medicine Resources<br>PO Box 8549<br>Fort Worth, TX 76124 | 59.16 |
| 30 | Transouth<br>PO Box 9022<br>Des Moines, IA 50368 | 3,186.87<br>*5820.71* |

Also enclosed is my check no. 10133 for $129.60, which represents a sum which was returned to me by a creditor from its dividend in the case, which if I were to try to redistribute would simply produce a series of inconsequential payments to a variety of creditors, some of whom, based on the above, likely would not receive the funds in any event.

Thank you for your assistance.

Very truly yours,

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Mark J. Schlant

Enclosure  
cc:   Ms. Anne Quinn