# ZDARSKY, SAWICKI & AGOSTINELLI LLP
## ATTORNEYS AT LAW
404 CATHEDRAL PLACE
298 MAIN STREET
BUFFALO, N.Y. 14202
716-855-3200

JOSEPH E. ZDARSKY
K. MICHAEL SAWICKI
GUY J. AGOSTINELLI
GERALD T. WALSH
MARK J. SCHLANT
PATRICK A. DUDLEY
THOMAS P. FITCH
DONALD G. POWELL
DAVID E. GUTOWSKI

TELECOPIER: 716-855-3101
(NOT FOR SERVICE OF PAPERS)



December 9, 2010

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street
Suite 250
Buffalo, New York 14202

Re: Samuel and Marsha Incardona; Case #05-93460
Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Previously I forwarded my Trustee's check in the amount of $129.60. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds." These represented funds returned by a creditor on the basis that it no longer had a claim. Distributing these funds would require that a new report of distribution be filed. In most cases, the distribution would be less than $5.00, and thus would be required to be treated as unclaimed fund pursuant to Bankruptcy Rule 3010(a). In two of the five cases in which the amount is larger than $5.00, the creditor did not cash the first dividend check which the trustee provided. Thus, the trustee submits that to prepare a new report in order to distribute these small amounts would provide minimal benefit to creditors and is an undue burden to the estate.

Claimant Mt. St. Mary's Hospital       Amount $   3.44       Claims Register #   1

Claimant Lockport Home Medical         Amount $   0.09       Claims Register #   2

Claimant Suzanne Pritchett             Amount $   0.52       Claims Register #   3

Claimant Bed & Bath                    Amount $   0.82       Claims Register #   4

Claimant Benbrook Animal Hospital      Amount $   0.63       Claims Register #   5

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Paul R. Warren, Clerk of the Court
December 9, 2010
Page 2

Claimant Cooper & Bush P.T.         Amount $    2.89      Claims Register #    6

Claimant Cross Country Bank         Amount $   17.35      Claims Register #    8

Claimant Dan Axthelm MD             Amount $    0.36      Claims Register #    9

Claimant Dr. Lee C. Routsis         Amount $    0.28      Claims Register #   10

Claimant Dymacal, Inc.              Amount $    0.32      Claims Register #   11

Claimant Fairlane Credit            Amount $   22.13      Claims Register #   12

Claimant Harris Methodist Anesthesia Amount $   1.62      Claims Register #   13

Claimant Harris Methodist Ft. Worth Amount $    3.25      Claims Register #   14

Claimant Harris Methodist HEB       Amount $   13.53      Claims Register #   15

Claimant Harris Methodist Hospital  Amount $    0.20      Claims Register #   16

Claimant Higgins & Associates-Park  Amount $    4.70      Claims Register #   17

Claimant Kenmore Mercy Hospital     Amount $    1.62      Claims Register #   18

Claimant Labcorp                    Amount $    1.01      Claims Register #   19

Claimant Medical Clinic of N.Texas  Amount $    0.84      Claims Register #   20

aimant N. Texas Affiliated Medical  Amount $    0.17      Claims Register #   21

Claimant Plaza Medical Center of    Amount $    0.07      Claims Register #   22

Claimant Pro Path Ass.              Amount $    0.03      Claims Register #   23

Claimant Radiology Assoc.           Amount $    1.15      Claims Register #   24

Claimant SBC-S                      Amount $    0.09      Claims Register #   25

Claimant SST                        Amount $   19.98      Claims Register #   26

Claimant Tan Club                   Amount $    0.20      Claims Register #   27

ZDARSKY, SAWICKI & AGOSTINELLI LLP

Paul R. Warren, Clerk of the Court
December 9, 2010
Page 3

Claimant <u>Tarrant County Hospital</u>   Amount $<u>   0.35   </u>   Claims Register #<u>   28   </u>

Claimant <u>Texas Medicine Resources</u>   Amount $<u>   0.58   </u>   Claims Register #<u>   29   </u>

Claimant <u>Transouth</u>   Amount $<u>   31.38   </u>   Claims Register #<u>   30   </u>

*[signature]*
Mark J. Schlant, Trustee